UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN MCAFEE and MGT CAPITAL INVESTMENTS, INC.,<br><br>            Plaintiffs,<br><br>     v.<br><br>INTEL CORPORATION and MCAFEE, INC.,<br><br>            Defendants.<br><br>INTEL CORPORATION and MCAFEE, INC.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>JOHN MCAFEE and MGT CAPITAL INVESTMENTS, INC.,<br><br>Counterclaim Defendants. | Civil Action No. 1:16-cv-06934-JPO |

## JOINT STIPULATION TO AMEND CASE CAPTION

WHEREAS, Defendant and Counterclaim Plaintiff McAfee, Inc. was converted into a limited liability company effective December 21, 2016; and

WHEREAS, by this joint request, the parties move, subject to the approval of the Court, to amend the case caption to reflect the conversion of McAfee, Inc. into McAfee, LLC.

IT IS HEREBY STIPULATED between Plaintiffs and Counterclaim Defendants John McAfee and MGT Capital Investments, Inc. and Defendants and Counterclaim Plaintiffs Intel Corporation and McAfee, LLC f/k/a McAfee, Inc., by and through their undersigned counsel of record, that the case caption and party name in Civil Action No. 1:16-cv-06934-JPO should be

amended to reflect McAfee, Inc.'s name change to McAfee, LLC.

**IT IS SO STIPULATED AND AGREED.**

Dated: December 28, 2016

By: /s/ _____
Michael H. Ference, Esq.
mference@srfkllp.com
Jeffrey R. Burke, Esq.
jburke@srfkllp.com
Scott H. Kaliko, Esq.
skaliko@srfkllp.com
Robert B. Volynsky, Esq.
rvolynsky@srfkllp.com
SICHENZIA ROSS FERENCE KESNER LLP
61 Broadway, 32nd Floor
New York, NY 10006
Telephone: (212) 930-9700
Facsimile: (212) 930-9725

*Attorneys for Plaintiffs/Counterclaim Defendants John McAfee and MGT Capital Investments, Inc.*

Dated: December 28, 2016

By: /s/ _____
Jedediah Wakefield, Esq.
jwakefield@fenwick.com
Kathryn J. Fritz, Esq.
kfritz@fenwick.com
Hailey Teton, Esq.
hteton@fenwick.com
Shannon E. Turner
sturner@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

*Attorneys for Defendant/Counterclaim Plaintiff Intel Corporation and McAfee, LLC f/k/a McAfee, Inc.*

So ordered.
Jan. 3, 2017

_____
J. PAUL OETKEN
United States District Judge