UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN MCAFEE AND MGT CAPITAL INVESTMENTS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION and MCAFEE, LLC,<br><br>Defendants. | Civil Action No. 1:16-cv-06934-JPO |
| INTEL CORPORATION and MCAFEE, LLC,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>JOHN MCAFEE and MGT CAPITAL INVESTMENTS, INC.,<br><br>Counterclaim Defendants. | |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

i

**IT IS HEREBY STIPULATED** by and between Plaintiffs and Counterclaim Defendants John McAfee and MGT Capital Investments, Inc. and Defendants and Counterclaim Plaintiffs Intel Corporation and McAfee, LLC (the "Parties") as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1), the Parties wish to dismiss all claims and counterclaims in this Action, with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

2. The Parties request that this Court retain jurisdiction over the Parties to enforce the terms of the settlement agreement reached by the Parties. Pursuant to the Court's individual practices, the settlement agreement is attached hereto as **Exhibit A**.

**IT IS SO STIPULATED.**

Dated: June __, 2017

By: _____
Jedediah Wakefield (CSB No. 178058)
jwakefield@fenwick.com
Kathryn J. Fritz (NYB No. 2078483)
kfritz@fenwick.com
Hailey Teton (CSB No. 294262)
hteton@fenwick.com
Shannon Turner (NYB No. 5266416)
sturner@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

*Attorneys for Defendant/Counterclaim Plaintiff Intel Corporation and McAfee, LLC*

Dated: June __, 2017

By: _____
Scott H. Kaliko
skaliko@srfkllp.com
Michael H. Ference
mference@srfkllp.com
Jeffrey R. Burke
jburke@srfkllp.com
Robert B. Volynsky
rvolynsky@srfkllp.com
SICHENZIA ROSS FERENCE KESNER LLP
61 Broadway, 32nd Floor
New York, New York 10006
Telephone: (212) 930-9700
Facsimile: (212) 930-9725

*Attorneys for Plaintiffs/Counterclaim Defendants John McAfee and MGT Capital Investments, Inc.*

Based on the foregoing stipulation,

1. This action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own costs, expenses, and attorneys' fees.

2. The Court retains jurisdiction over the Parties to enforce the terms of the settlement agreement, attached hereto as **Exhibit A**.

**IT IS SO ORDERED.**

Dated: July 5, 2017

New York, New York

_____
J. PAUL OETKEN
United States District Judge

2